```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 37548
    ROOSEVELT MORGAN
    SADIE MORGAN                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-6895     SSN XXX-XX-8014

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/15/2005 and was confirmed 12/31/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
CITY OF CHICAGO WATER DE SECURED            253.00         5.55         253.00
TCF NATIONAL BANK        CURRENT MORTG         .00           .00           .00
TCF NATIONAL BANK        MORTGAGE ARRE      302.00           .00         302.00
RESURGENT ACQUISITION LL UNSEC W/INTER     1250.39        138.86         512.48
CITIBANK                 UNSEC W/INTER NOT FILED             .00           .00
CITY OF CHICAGO PARKING  UNSEC W/INTER      170.00         17.04          63.57
RESURGENT ACQUISITION LL UNSEC W/INTER     6179.39        685.53        2532.98
RESURGENT ACQUISITION LL UNSEC W/INTER     2714.86        301.17        1112.82
SEARS PAYMENT CENTER     UNSEC W/INTER NOT FILED             .00           .00
RESURGENT ACQUISITION LL UNSEC W/INTER     2172.81        241.01         890.65
RESURGENT ACQUISITION LL UNSEC W/INTER     2220.32        246.34         910.10
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      1,905.20                     1,905.20
TOM VAUGHN               TRUSTEE                                         674.75
DEBTOR REFUND            REFUND                                          306.95

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             11,100.00

PRIORITY                                        .00
SECURED                                      555.00
    INTEREST                                   5.55
UNSECURED                                  6,022.60
    INTEREST                                1,629.95
ADMINISTRATIVE                             1,905.20
TRUSTEE COMPENSATION                         674.75
DEBTOR REFUND                                306.95
                    --------------       --------------
TOTALS              11,100.00               11,100.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 37548 ROOSEVELT MORGAN & SADIE MORGAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE